

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2019

No. 04-18-00770-CR

Mario Anthony **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2037
Honorable Joey Contreras, Judge Presiding

# O R D E R

    The Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to April 29, 2019. **Further requests for extension of time in which to file appellant's brief will be disfavored.**

    It is so **ORDERED** on April 4, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court